FILED
DISTRICT COURT CLERK
WESTERN DISTRICT OF KY

2010 OCT 12 PM 2:22

FORM A

1 Each

Rev. 1/07

**CIVIL RIGHTS COMPLAINT TO BE USED BY A *PRO SE* PRISONER UNDER 42 U.S.C. § 1983 or UNDER *BIVENS V. SIX UNKNOWN FED. NARCOTICS AGENTS***

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY**

JAMES TROY NELSON
#204446

_(Full name of the Plaintiff(s) in this action)_

v.

Christian County Jail
Brad Boyd (Jailer)

_(Full name of the Defendant(s) in this action)_

CIVIL ACTION NO. 5:10CV-182-R
(To be supplied by the clerk)

( ) DEMAND FOR JURY TRIAL

(X) NO JURY TRIAL DEMAND
(Check only one)

I.   PARTIES

(A) Plaintiff(s). Place the full name of the Plaintiff in the first blank below, his/her place of confinement, address, and status. Repeat this procedure for each additional Plaintiff named, if any.

(1) Name of Plaintiff: JAMES TROY NELSON

Place of Confinement: Christian County Jail

Address: 410 West 7th Street Hopkinsville, KY 42240

Status of Plaintiff: CONVICTED (✓)  PRETRIAL DETAINEE ( )

(2) Name of Plaintiff: _____

Place of Confinement: _____

Address: _____

Status of Plaintiff: CONVICTED (__)   PRETRIAL DETAINEE (__)

(3) Name of Plaintiff: _____

Place of Confinement: _____

Address: _____

Status of Plaintiff: CONVICTED (__)   PRETRIAL DETAINEE (__)

(B) **Defendant(s).** Place the full name of the Defendant in the first blank below, his/her official position title in the second blank, and his/her place of employment in the third blank. Mark the capacity in which the Defendant is being sued. Repeat this procedure for each additional Defendant named, if any.

(1) Defendant **BRAD BOYD** is employed as **JAILER** at **Christian County Jail**.
The Defendant is being sued in his/her (__) individual and/or (X) official capacity.

(2) Defendant _____ is employed as _____ at _____.
The Defendant is being sued in his/her (__) individual and/or (__) official capacity.

(3) Defendant _____ is employed as _____ at _____.
The Defendant is being sued in his/her (__) individual and/or (__) official capacity.

(4) Defendant _____ is employed as _____ at _____.
The Defendant is being sued in his/her (__) individual and/or (__) official capacity.

(5) Defendant _____ is employed as _____ at _____.

The Defendant is being sued in his/her (___) individual and/or (___) official capacity.

## II. PREVIOUS LAWSUITS

(A) Have you begun other lawsuits in State or Federal court dealing with the <u>same facts</u> involved in this action? YES (___) NO (✓)

(B) If your answer to "A" is YES, describe the lawsuit in the spaces below. If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper, using the same outline.

Parties to the previous lawsuit:

Plaintiff(s): __N/A__

Defendant(s): _____

Court (if federal court, name the district. If state court, name the county): _____

Docket number: _____

Name of judge to whom the case was assigned: _____

Type of case (for example, habeas corpus or civil rights action): _____

Disposition (for example, Was the case dismissed? Is it still pending? Is it on appeal?): _____

Approximate date of filing lawsuit: _____

Approximate date of disposition: _____

## III. STATEMENT OF CLAIM(S)

State here the FACTS of your case. State how you believe your constitutional rights were violated. Describe how each Defendant violated your rights. And set forth the dates on which each event took place. Do not make legal arguments or cite cases or statutes. However, identify the constitutional right(s) you allege was/were violated. If you intend to assert multiple claims, number and set forth each claim in separate paragraphs.

On September 21, 22 2010 I James T. Nelson was given the wrong medication on both days by deputy Epastein. On September 21, 2010 I took the medicine. I slept for almost 24 hours because of the medications. They had given me Inmate Brian Bakers medications. I did not know the difference. The medications consisted of 300 mg of Thorazine, 800 mg neurotin, and a blood pressure pill. These medications could cause me health problems or even death. These are powerful medications. Christian County Jail does not have anyway to identify inmates in their cells. We have no identification on us. We just tell them who we are at the food slot.

4

CONTINUE →

III. STATEMENT OF CLAIM(S) continued

Deputies pass out medications three times a day. They have no idea who they are given medications to. It is on a memory basis only. There is no way they can remember every inmate in this jail. This is a very dangerous situation, and can be catastrophic to any inmate. I haven't felt the same since I took the medications. Something needs to be done about this before someone else gets hurt. Thank you.

James T. Nelson

IV.  RELIEF

State exactly what you want the Court to do for you. If you seek relief which affects the fact or duration of your imprisonment (for example: release from illegal detention, restoration of good time, expungement of records, release on parole), you must file your claim under 28 U.S.C. §§ 2241, 2254 or 2255. The Plaintiff(s) want(s) the Court to:

_X_ award money damages in the amount of $ 10,000

____ grant injunctive relief by _____

_X_ award punitive damages in the amount of $ 10,000

_X_ other: I.D process put in place / medications distributed by license personell

V.  DECLARATION UNDER PENALTY OF PERJURY
(each Plaintiff must sign for him/herself)

I, the undersigned, declare under penalty of perjury that the information contained in this document is true and correct.

This 4 day of October, 2010

_James T. Nels_____
(Signature of Plaintiff)

_____
(Signature of additional Plaintiff)

_____
(Signature of additional Plaintiff)

I hereby certify that a copy of this complaint was delivered to the prisoner mail system for mailing on 10/9/10.

_James P. Nels_____
(Signature)