UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CIVIL ACTION NO. 5:10-CV-P182-R

**JAMES TROY NELSON**                                                                 **PLAINTIFF**

**v.**

**CHRISTIAN COUNTY JAIL et al.**                                                  **DEFENDANTS**

## MEMORANDUM OPINION AND ORDER

Defendants filed a motion to dismiss on the grounds that Plaintiff did not keep his address up to date with this Court (DN 13). Defendants also requested an extension of time to complete discovery due to the fact that Defendants were unaware of Plaintiff's location (DN 15). Plaintiff responded to the motion to dismiss with an updated address within the time limit for a response. Accordingly, the motion to dismiss (DN 13) is DENIED as MOOT.

Because Defendants were unable to locate Plaintiff, a brief extension to the scheduling order is also warranted. Accordingly, the motion for an extension of time (DN 15) is GRANTED. Discovery shall be completed by **June 17, 2011.** Plaintiff shall file a pretrial memorandum setting forth in detail all facts upon which he bases his claim by **July 15, 2011.** Defendants shall file a pretrial memorandum or dispositive motions by **August 15, 2011.**

IT IS SO ORDERED