UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CIVIL ACTION NO. 5:10-CV-P182-R

**JAMES TROY NELSON**                                                                       **PLAINTIFF**

v.

**CHRISTIAN COUNTY JAIL et al.**                                                **DEFENDANTS**

**ORDER**

Defendant has filed a motion to compel/dismiss (DN 20, 22). The response was due June 6, 2011. As of June 14, 2011, Plaintiff has failed to respond to the motion, and, to the Court's knowledge, discovery. The motion to compel is GRANTED (DN 20). Plaintiff is ORDERED to respond to Defendant's discovery requests by **July 1, 2011**. Plaintiff is WARNED that a failure to do so will result in a DISMISSAL of this action.