UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

| | | |
|---|---|---|
| JAMES T. NELSON, | ) | |
| | ) | |
| **Plaintiff** | ) | |
| | ) | |
| vs. | ) | Civil Action No. 5:10CV-182-TBR |
| | ) | |
| CHRISTIAN COUNTY JAIL, et al. | ) | Electronically Filed |
| | ) | |
| | ) | |
| **Defendant** | ) | |

## NOTICE

Pursuant to the Court's Order of June 14, 2011, Notice is given the Plaintiff has failed to respond to Defendants' Discovery Request by July 1, 2011.

Respectfully submitted this 6th day of July, 2011.

        s/Harold M. Johns
        Harold M. Johns
        12 Public Square
        P.O. Box 746
        Elkton, Kentucky 42220
        Telephone: (270) 265-2912
        Facsimile: (270) 265-2054
        hmjohns@johnslawfirm.com
        *Attorney for the Defendants,*
        *Bradley Boyd, in his individual and official*
        *capacity as Christian County, Ky. Jailer*


        J. Michael Foster
        209 East Fourteenth Street
        Hopkinsville, Kentucky 42241-0024
        Telephone: (270) 887-4114
        Facsimile: (270) 886-3910
        mfoster@hopkinsville.net
        *Co-Counsel*

## CERTIFICATE OF SERVICE

The following document was placed in the U.S. Mail postage prepaid and mailed to the following on this 6th day of July, 2011:

Mr. James T. Nelson
Inmate #204446
c/o Shelby County Detention Center
1000 Detention Road
Shelbyville, Kentucky 40065

s/<u>Harold M. Johns</u>