UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CIVIL ACTION NO. 5:10-CV-P182-R

**JAMES TROY NELSON**                                                                                       **PLAINTIFF**

v.

**CHRISTIAN COUNTY JAIL et al.**                                                                **DEFENDANTS**

## MEMORANDUM OPINION AND ORDER

Defendants filed a motion to dismiss on the grounds that Plaintiff has failed to comply with his discovery obligations. Plaintiff failed to respond to Defendants, and continues to fail to comply with his discovery obligations.

As a result, on June 14, 2011 this Court ordered Plaintiff to comply with his discovery obligations. In that same order, this Court warned Plaintiff that failure to comply with discovery would result in a dismissal of the action. This Court gave Plaintiff until July 1, 2011 to comply with his obligations.

This Court has received notice that Plaintiff has still not complied with his discovery obligations. In addition, Plaintiff has failed to participate in this case since March 8, 2011.

As a result of Plaintiff's failure to prosecute and failure to comply with his discovery obligations, this case is DISMISSED WITHOUT PREJUDICE.